Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA CAMARENA, | ) |
|  | ) CASE NO.: 2:20-cv-00372-JVS-PD |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) ORDER |
| ANDREW SAUL, | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SIX HUNDRED FIFTY DOLLARS AND 00/100 ($1,650.00) subject to the terms of the stipulation.

DATED:  October 15, 2020

*Patricia Donahue*
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE